UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OREL L. BOBB a/k/a EARL BOBB,

       Petitioner,

 -against-

UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICES,

       Respondent.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 4908 (JG)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN 14 2009 ★

TIME A.M. _____ P.M. _____

  An Order of Honorable John Gleeson, United States District Judge, having been filed on January 14, 2009, dismissing petitioner's petition for lack of jurisdiction; it is

  ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that petitioner's petition is dismissed for lack of jurisdiction.

Dated: Brooklyn, New York
   January 14, 2009

              ROBERT C. HEINEMANN
              Clerk of Court

              By s/Terry Vaughn
              Chief Deputy